**IN THE UNITED STATED DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Gustavo Gutierrez-Segura,

Petitioner,

v.

Warden Luis Rosa, Jr.,

Respondent.

No. CV-26-02451-PHX-SHR (MTM)

**ORDER**

Petitioner Gustavo Gutierrez Segura, who is represented by counsel, filed a Petition Under 28 U.S.C. § 2241 (Doc. 1) challenging his immigration detention. Petitioner states that he is a non-citizen who arrived in the United States in approximately February 2000. (*Id.* at 2, 7.) According to the Petition, Petitioner was taken into United States Immigration and Customs Enforcement (ICE) custody in May 2025 and has remained detained since that time. (*Id.* at 4.) An immigration judge denied Petitioner's request for cancellation of removal, and on December 16, 2025, he filed an appeal that remains pending before the Board of Immigration Appeals. (*Id.* at 5.)

The Court screened the matter and substituted Florence Service Processing Center Warden Luis Rosa, Jr., for ICE Phoenix Field Office Director Christopher McGregor, and required Respondent to answer the Petition. The Court also required counsel for Petitioner to immediately serve the Petition on Respondent. (Doc. 4.)

Upon the Court's own review of the record and in order to prevent additional delay with service, the court will not require additional attempts by counsel to complete proper service.

Pursuant to General Order 26-09, the Court will direct the Clerk's Office to electronically serve the Petition on Respondent. Respondent will be required to respond to the Petition pursuant to the standard scheduling order in General Order 26-09.

**IT IS THEREFORE ORDERED** the Clerk of Court must serve the Petition on Respondent pursuant to General Order 26-09.

**IT IS FURTHER ORDERED** Respondent must respond to the Petition as directed in the standard scheduling order in General Order 26-09.

**IT IS FURTHER ORDERED** the Clerk of Court must immediately transmit by email a copy of this Order to the United States Attorney for the District of Arizona, to the attention of Melissa Kroeger at melissa.kroeger@usdoj.gov, Lon Leavitt at lon.leavitt@usdoj.gov, Theo Nickerson at theo.nickerson2@usdoj.gov, Dina Anagnopoulos at dina.anagnopoulos@usdoj.gov, and Mary Finlon at mary.finlon@usdoj.gov.

Dated this 25th day of September, 2026.

Michael T. Morrissey

Honorable Michael T. Morrissey
United States Magistrate Judge