**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Gustavo Gutierrez-Segura,<br>Petitioner,<br>v.<br>Luis Rosa, Jr.,<br>Respondent. | No. CV-26-02451-PHX-SHR (MTM)<br><br>**ORDER** |

Petitioner filed this action under § 2241 challenging his immigration detention. (Doc. 1.) The Court ordered Respondents to respond to the Petition. (Docs. 4, 7, 8.) On October 2, 2026, Respondent filed a Notice of Removal indicating Petitioner was removed from the United States on September 29, 2026. (Doc. 11.) Because Petitioner is no longer in custody, the Petition is moot. *Abdala v. INS*, 488 F.3d 1061, 1064 (9th Cir. 2007). The Court will therefore dismiss this action as moot. Accordingly,

**IT IS ORDERED** Petitioner's Petition under 28 U.S.C. § 2241 (Doc. 1) and this case are dismissed as moot.

**IT IS FURTHER ORDERED** all pending motions are denied and the Clerk of Court must enter judgment accordingly and close this case.

Dated this 8th day of October, 2026.

